| | | |
|---|---|---|
| MARQUEZ CRENSHAW,<br>    Petitioner,<br><br>v.<br><br>HARRY STEWARD, Warden,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:09-CV-0710<br>JUDGE HAYNES |

*[Handwritten annotation: ORDER. This statement is in compliance with the Order of February 16, 2010 / END / 14 is set for a hearing on June 25, 2010 at 4:00 am / (signature) / 6-16-10]*

## JOINT STATEMENT OF THE PARTIES

On May 4, 2010, this Court issued an Order directing the parties to file a joint statement as to their positions on discovery and other matters by June 14, 2010. (D.E. No. 30.) That joint statement is hereby submitted in compliance with this Court's Order.

Before addressing the points that the Court has identified, the parties note that the Petitioner Marquez Crenshaw is filing on June 14, 2010, a motion for leave to file his second amended petition. That amended petition aims to more specifically describe the *Napue* and *Brady* claims that Crenshaw has already raised because Crenshaw has recently discovered additional documents pertaining to those claims.

    A.    **Discovery**

        1.    **Petitioner's Position**

Today the petitioner is filing with this Court a motion for discovery. His independent discovery efforts have established that the state's key witness at trial deliberately testified falsely to inculpate the petitioner, and that the prosecutor and police files contain exculpatory documents that were not disclosed to trial counsel and that show that the key witness perjured himself. On