IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARQUEZ CRENSHAW, | ) |
| Petitioner, | ) NO. 3:09-710 |
| | ) JUDGE HAYNES |
| v. | ) |
| HARRY STEWARD, Warden | ) |
| Respondent | ) |

## ORDER

In accordance with the Memorandum filed herewith, Respondent's motion for summary judgment (Docket Entry No. 71) is **GRANTED**, and Petitioner's motion for summary judgment (Docket Entry No. 54) is **DENIED**. Petitioner's petition (Docket Entry No. 1) and amended petitions (Docket Entry Nos. 23 and 37) for the writ of habeas corpus are **DENIED**. This action is **DISMISSED with prejudice.**

The Court **GRANTS** a certificate of appealability on Petitioner's Brady and Gigliuo claims.

This is the Final Order in this Action.

It is so **ORDERED**.

**ENTERED** this the 28th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge